ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| JESSIE JAMES WOLFE | 3-23CR0002-L |

### INDICTMENT

The Grand Jury charges:

Count One
Failure to Register as a Sex Offender
(Violation of 18 U.S.C. § 2250(a))

Between in or about 2018 and on or about December 13, 2022, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Jessie James Wolfe**, a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a).

Indictment—Page 1

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
NICOLE HAMMOND
Assistant United States Attorney
D.C. Bar No. 1044796
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8713
Fax: 214-659-8773
Email: nicole.hammond2@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JESSIE JAMES WOLFE

INDICTMENT

18 U.S.C. § 2250(a)
Failure to Register as a Sex Offender
(Count 1)

1 Count

A true bill rendered

_____ / _____
DALLAS                                                              FOREPERSON

Filed in open court this __4__ day of January, 2023.

---

**Defendant in Federal Custody since 12/13/2022.**

---

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:22-MJ-1160-BK